DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH SALVO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3497

[August 29, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Ann McCarthy, Judge; L.T. Case No. 13-6492CF10A.

Joseph Salvo, Florida City, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*